RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
SEAN M. MAZOROL, OREGON STATE BAR NO. 116398
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

MAY 12 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALFONSO ROJAS-TENA a/k/a GERMAN LOPEZ-VILLASENOR, <br><br> Defendant. | Case No. CR 21-142-S BLW <br><br> **INDICTMENT** <br><br> 8 U.S.C. § 1326(a) & (b) |

The Grand Jury charges:

## COUNT ONE

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about March 30, 2020, in the District of Idaho, the defendant, ALFONSO ROJAS-TENA a/k/a GERMAN LOPEZ-VILLASENOR, an alien, was found in the United States, to wit: Jerome County, Idaho, after having been previously removed from the United States to Mexico on or about July 21, 2014, at or near San Ysidro, California, the said defendant having not obtained the consent of the Secretary of the Department of Homeland Security for reapplication

**INDICTMENT - 1**

for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Dated this 12th day of May, 2021.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


_____
SEAN M. MAZOROL
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 2