# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Alfonso Rojas-Tena | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| | **ISSUE:** Yes |
| Telephone No.: | |
| **INVESTIGATIVE AGENT:** Rocky C. Roman | **INTERPRETER:** Yes |
| Telephone No.: (208) 685-6642 | If YES, language: Spanish |
| **AGENCY:** Bureau of Immigration & Customs Enforcement (ICE) | CR 21-142 -S BLW |
| **CASE INFORMATION:** Deported Alien Found in the United States | **RELATED COMPLAINT:** No  **CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | |
|---|---|
| Felony: **Yes** | County of Offense: **Jerome** |
| Class A Misdemeanor: | Estimated Trial Time: **2 days** |
| Class B or C Misdemeanor: (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 8 U.S.C. § 1326(a) & (b) | ONE | Deported Alien Found in the United States | 20 years, 3 years supervised release, $250,000.00 fine, $100 Special Assessment |

Date: 12 May 2021            Assistant U.S. Attorney: SEAN M. MAZOROL
                             Telephone No.: (208) 334-1723

U.S. COURTS
MAY 12 2021
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO